UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GENE ALLEN, | 3:05-cv-00184-LRH-VPC |
| Plaintiff, | |
| vs. | <u>MINUTE ORDER</u> |
| DEAN HELLER, et al., | March 12, 2008 |
| Defendants. | |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: <u>ROSEMARIE MILLER</u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):   <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):   <u>NONE APPEARING</u>

MINUTE ORDER IN CHAMBERS:

    Before the court is an Application for Certificate of Appealability filed by Petitioner (#30). A Certificate of Appealability was previously denied in this action on September 28, 2005 (#20) following the dismissal of the action on June 20, 2005 (#15). The Ninth Circuit Court of Appeals thereafter denied the Plaintiff's Application for Certificate of Appealability (#24). This action has been long since dismissed and all appeal attempts appear to have been exhausted.

    Petitioner's current application is difficult to discern and there is nothing more the court can do in this action. Petitioner's Application for Certificate of Appealability (#30) is denied.

                                              LANCE S. WILSON, CLERK

                                   By:      /s/
                                                  Deputy Clerk